```
JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal Bar. 242797
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Candis_Mitchell@fd.org
```

Counsel for Defendant O'Donnell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No.: CR 24–567 JD |
|---|---|
| Plaintiff, | **Stipulation And [Proposed] Order To Continue Status Hearing Or Waive Defendant's Presence** |
| v. | |
| Joanna O'Donnell, | **Court:** Courtroom 11, 19th Floor |
| Defendant. | **Hearing Date:** January 12, 2026 |
| | **Hearing Time:** 10:00 a.m. |

    Defendant Joanna O'Donnell by and through counsel, hereby applies to the Court for an order either continuing the status appearance for Ms. O'Donnell or waiving her personal appearance at the hearing currently scheduled for Monday, January 12, 2026, at 10:00 a.m.

    Counsel for Ms. O'Donnell makes the request to minimize travel for the defendant as it is anticipated that there will be a request for a continuance. Ms. O'Donnell resides in Sherman Oaks, California—a neighborhood in the city of Los Angeles.

    Counsel for Ms. O'Donnell has recently been appointed to the case and has yet to receive a complete set of discovery in the case. The government and counsel have met and conferred and have

1  put into place a plan for discovery production and review and it is anticipated that discovery will be
2  produced in short order. Additionally, the continuance would be requested to permit counsel to
3  continue negotiations in the hopes of resolving the case.
4      The request for stipulation for continuance, or in the alternative waiver of appearance, is made
5  pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure which permits the Court, in its
6  discretion, to excuse a defendant's presence when the proceeding involves only a conference or
7  hearing on a question of law, or when the defendant's appearance is not otherwise required to ensure
8  the fair administration of justice.
9      Counsel has discussed this matter with the defendant, who understands the nature of the
10 proceeding and consents to either a continuance or the hearing proceeding in her absence.
11     Accordingly, to minimize unnecessary travel needs, Ms. O'Donnell respectfully request that the
12 Court grant this application continue the hearing or permit the hearing to proceed without her
13 personal appearance. Additionally, the defense would be requesting a Speedy Trial Act exclusion to
14 allow for the effective preparation of defense counsel.

IT IS SO STIPULATED.

Dated:   January 7, 2026

JODI LINKER
Federal Public Defender
Northern District of California

       /S
CANDIS MITCHELL
Assistant Federal Public Defender

Dated:   January 7, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

       /S
DAVID WARD
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 24–567 JD |
| Plaintiff, | **[Proposed] Order To Continue Status Hearing Or Waive Defendant's Presence** |
| v. | |
| **Joanna O'DONNELL,** | **Court:**   Courtroom 11, 19th Floor |
| Defendant. | |

Therefore, for good cause shown:

(1) the hearing currently scheduled on January 12, 2026, shall be vacated. The matter shall be continued until February 23, 2026, at 10:00 a.m. for status hearing. The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until from January 12, 2026, until February 23, 2026. The Court finds this exclusion necessary to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).; OR,

(2) Ms. O'Donnell's personal appearance at the status hearing scheduled for January 12, 2026, is waived. Defense counsel is authorized to appear on the defendant's behalf.

IT IS SO ORDERED.

Dated: _____

JAMES DONATO
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28